83 A.3d 409

**Ex rel Daceia McDONALD, Claimant Relator by Leave of Foreign Consular Special Appearance, Petitioner**

v.

**City Prosecutor JENNMAN et al., Respondent.**

Supreme Court of Pennsylvania.

Jan. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**